No. 14,699.

SILVER STATE BUILDING AND LOAN ASSOCIATION *v*. STATE OF COLORADO.
(106 P. [2d] 872)

Decided October 21, 1940.

Messrs. KOPERLIK & ALTMAN, for plaintiff in error.

Mr. BYRON G. ROGERS, Attorney General, Mr. HENRY E. LUTZ, Deputy, for the state.

*En Banc.*

MR. JUSTICE BAKKE delivered the opinion of the court.

PLAINTIFF in error asserts that this case is governed by *State v. Colorado Postal Telegraph-Cable Co.*, 104 Colo. 436, 91 P. (2d) 481, and defendant in error agrees. The sole question presented is, Shall we overrule the decision? We decline to do so.

Judgment affirmed.

MR. CHIEF JUSTICE HILLIARD and MR. JUSTICE YOUNG not participating.